UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROVSHAN HAMIDOV, | |
| Plaintiff, | |
| v. | No. 1:24-CV-254-CMH-WEF |
| SHIFT4SHOP, | |
| Defendant. | |

## MOTION TO DISMISS

Defendant Shift4Shop, LLC, named as Shift4Shop ("Shift4Shop"), through counsel, moves the Court for an order dismissing Plaintiff's Complaint with prejudice pursuant to Rules 12(b)(6), 8(a), and 9(b) of the Federal Rules of Civil Procedure. Shift4Shop relies on the arguments and authorities in its memorandum of law contemporaneously filed under Local Civil Rule 7(F).

*ROSEBORO* NOTICE TO *PRO SE* PLAINTIFF:

**YOU ARE ENTITLED TO FILE A RESPONSE OPPOSING THIS MOTION. ANY SUCH RESPONSE MUST BE FILED WITHIN TWENTY-ONE (21) DAYS OF THE DATE ON WHICH THIS MOTION IS FILED.**

**IF YOU DO NOT FILE A RESPONSE, THE COURT COULD DISMISS YOUR LAWSUIT ON THE BASIS OF THE MOVING PARTY'S PAPERS.**

**YOU MUST IDENTIFY ALL FACTS STATED BY THE MOVING PARTY WITH WHICH YOU DISAGREE AND MUST SET FORTH YOUR VERSION OF THE FACTS**

**BY OFFERING AFFIDAVITS (WRITTEN STATEMENTS SIGNED BEFORE A NOTARY PUBLIC AND UNDER OATH) OR BY FILING SWORN STATEMENTS (BEARING A CERTIFICATE THAT IT IS SIGNED UNDER PENALTY OF PERJURY).**

**YOU ARE ENTITLED TO FILE A LEGAL BRIEF IN OPPOSITION TO THE ONE FILED BY THE MOVING PARTY.**

Respectfully submitted this 29th day of March, 2024.

/s/ John S. Buford
John S. Buford (VSB# 89041)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060
804.967.9604
jbuford@hancockdaniel.com

Mauro G. Tucci Jr. (pro hac vice to be filed)
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500

*Attorneys for Defendant*
*Shift4Shop, LLC*