FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

2024 MAY 24  P 12: 05

ROVSHAN HAMIDOV,

Plaintiff,

v.                                                                                          Case 1:24-cv-00254-CMH-WEF

SHIFT4SHOP,

Defendant.

## AMENDED VERIFIED COMPLAINT

The Plaintiff, Rovshan Hamidov, now comes Pro Se, and for his Verified Complaint, hereby alleges and states as follows:

**PARTIES**

1. Plaintiff, Rovshan Hamidov ("Plaintiff" or "Hamidov"), is an individual domiciled in the State of Virginia.

2. Defendant, Shift4Shop ("SHIFT"), is a corporation organized under the laws of the State of Florida, with its principal place of business in Tamarac, Florida. No member of SHIFT is a citizen of or domiciled in the State of Virginia. By way of a business agreement, the Defendant submitted to personal jurisdiction and venue in Virginia.

## JURISDICTION AND VENUE

1. Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because of diverse citizenship between Plaintiff and Defendant and because this is an action for damages in excess of $75,000.00, exclusive of interest, costs, and attorney's fees.

2. Venue is proper in the Eastern District of Virginia as this is the district in which the Plaintiff resides and where most of the acts giving rise to this action occurred.

## FACTS

1. Plaintiff is a private individual domiciled in the United States, employed as Chief Operations Officer and/or General Manager of a private corporation in Virginia.

2. Plaintiff has engaged in good-faith-based business dealings with Defendant SHIFT.

3. Defendant SHIFT operates as a technology company developing e-commerce software for businesses, which includes payment processing and order management capabilities.

4. On or about January 17, 2024, Plaintiff engaged in the legal activity of exploring online investing opportunities and contacted SHIFT, establishing a business relationship.

5. Plaintiff gained operational knowledge of SHIFT's platform and began standard account activity, during which he was defrauded.

6. Plaintiff made a legal demand for the return of his property from SHIFT, which was met with willful negligence from the Defendant, demonstrating a failure to address consumer concerns adequately.

## CLAIMS FOR RELIEF

### Count I: Breach of Fiduciary Duty

1. SHIFT owed Plaintiff a fiduciary duty as they engaged in business transactions involving substantial financial interactions and the handling of sensitive information.

2. Defendant breached this duty by failing to act in Plaintiff's best interests, failing to disclose material facts, and neglecting to provide necessary protections against fraud.

### Count II: Fraud

1. Defendant SHIFT engaged in fraudulent activities by intentionally deceiving Plaintiff, leading to significant financial losses.
2. SHIFT's actions included misrepresentation of their platform's security and reliability, thereby inducing Plaintiff to trust and use their services under false pretenses.

### Count III: Negligence

1. Defendant had a duty to ensure the security and integrity of their e-commerce platform.
2. SHIFT breached this duty by allowing fraudulent activities to occur on their platform, resulting in Plaintiff's financial losses.

### DAMAGES

1. As a direct result of Defendant's actions, Plaintiff has suffered damages including financial loss, emotional distress, and loss of business opportunities.
2. Plaintiff seeks judgment against the Defendant in the amount of $250,000.00, which includes both actual and punitive damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands and prays for the following relief:

1. Judgment in favor of Plaintiff against Defendant in the amount of $250,000.00.
2. Any and all further relief deemed appropriate by the Court.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

/s/ Rovshan Hamidov

ROVSHAN HAMIDOV

Suing as a Private Individual

Email: hamidovrovshan@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail and filed electronically via CM/ECF or mailed by first-class mail on May 23, 2024, to the following parties:

Shift4Shop Legal Affairs Document Reception Department

2202 North Irving Street,

Allentown, PA 18109

USA

Attorneys for Defendant Shift4Shop, LLC:

John S. Buford (VSB# 89041) Hancock, Daniel & Johnson, P.C.

4701 Cox Road, Suite 400

Glen Allen, VA 23060

804.967.9604 jbuford@hancockdaniel.com

Mauro G. Tucci Jr. (pro hac vice to be filed) CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway

Roseland, NJ 07068

973.325.1500

mtucci@csglaw.com

/s/ Rovshan Hamidov

**Rovshan Hamidov, Plaintiff**

May 23, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_ DIVISION

_Rovshan Hamidov_
Plaintiff(s),

v.

Civil Action Number: _1:24-cv-00254_

_Shift 4 Shop_
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Amended Verified Complaint_
(Title of Document)

_Rovshan Hamidov_
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: _1/24/2024_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)